UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
18 FEB -2 AM 7:34

| | |
|---|---|
| TransAmerican & Export News Company,<br><br>Plaintiff,<br><br>vs.<br><br>Anderson News, LLC,<br><br>Defendant. | CASE NO. 09cv0985 MMA(RBB)<br><br>JUDGMENT AND DISMISSAL BY COURT PURSUANT TO Civil Local Rule 83.1 and Federal Rule of Civil Procedure 41(b) |

The above-entitled cause, having come before the court on a calendar called pursuant to notice under Local Civil Rule 83.1, for failure to comply with an order of the court, and Federal Rule of Civil Procedure 41(b). IT IS ORDERED, ADJUDGED AND DECREED that the above-entitled cause is hereby dismissed, without prejudice.

DATED: 1/29/2018

MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE